# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>LATIEF FORBES<br>*Defendant* | Case No.  3:22-Cr-56-01(FLW) |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___9th___ day of ___November___, 2022,

ORDERED that ___BENJAMIN WEST, AFPD___ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

*/s/ Freda L. Wolfson*
FREDA L. WOLFSON, U.S.C.D.J.